UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FREDERICK BURTON,                           :
Individually and On Behalf of All Others
Similarly Situated,                         :     08 CV 3037 (LAP)

          Plaintiff,                  :

                                                          RULE 7.1 STATEMENT

          vs.                         :

MERRILL LYNCH & CO., INC. and MERRILL      :
LYNCH, PIERCE, FENNER & SMITH INC.,
                                            :
          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated states that it is a wholly-owned subsidiary of Merrill Lynch & Co., Inc.  Defendant Merrill Lynch & Co., Inc. states that it is a publicly held company whose shares are traded on the New York Stock Exchange and there is no publicly held corporation that owns 10% or more of its stock.

Dated:   New York, New York
          April 1, 2008

                                                    /s/ Jay B. Kasner
                                     Jay B. Kasner (jkasner@skadden.com)
                                     Scott D. Musoff (smusoff@skadden.com)
                                     SKADDEN, ARPS, SLATE,
                                       MEAGHER & FLOM LLP
                                     Four Times Square
                                     New York, New York  10036
                                     (212) 735-3000

                                     Attorneys for Defendants
                                     Merrill Lynch & Co., Inc. and
                                     Merrill Lynch, Pierce, Fenner & Smith
                                     Incorporated