UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FREDERICK BURTON,                               :
Individually and On Behalf of All Others
Similarly Situated,                             :         08 CV 3037 (LAP)

               Plaintiff,   :

                                           NOTICE OF APPEARANCE

          vs.                                  :

MERRILL LYNCH & CO., INC. and MERRILL     :
LYNCH, PIERCE, FENNER & SMITH INC.,
                                                :
               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Please take notice that the undersigned of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP is hereby entering an appearance as counsel of record for Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated.

Dated:    New York, New York
             April 1, 2008

                                                         /s/ Jay B. Kasner
                                          Jay B. Kasner (jkasner@skadden.com)
                                          SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP
                                          Four Times Square
                                          New York, New York  10036
                                          (212) 735-3000

                                          Attorneys for Defendants
                                          Merrill Lynch & Co., Inc. and
                                          Merrill Lynch, Pierce, Fenner & Smith
                                          Incorporated

CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on April 1, 2008, I caused a true copy of the *Notice of Appearance* to be served upon the following party by first-class mail:

Noman E. Siegal
Stueve Siegel Hanson LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112

Dated: New York, New York
       April 1, 2008

_____
Steven R. Katzenstein