UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FREDERICK BURTON,                                 :
Individually and On Behalf of All Others
Similarly Situated,                               :    08 CV 3037 (LAP)

              Plaintiff,         :
                                                       NOTICE OF APPEARANCE
      vs.                                         :

MERRILL LYNCH & CO., INC. and MERRILL             :
LYNCH, PIERCE, FENNER & SMITH INC.,
                                                  :
             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Please take notice that the undersigned of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP is hereby entering an appearance as counsel of record for Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated.

Dated:    New York, New York
            April 1, 2008

                                /s/ Scott D. Musoff
                       Scott D. Musoff (smusoff@skadden.com)
                       SKADDEN, ARPS, SLATE,
                        MEAGHER & FLOM LLP
                       Four Times Square
                       New York, New York 10036
                       (212) 735-3000

                       Attorneys for Defendants
                       Merrill Lynch & Co., Inc. and
                       Merrill Lynch, Pierce, Fenner & Smith
                       Incorporated

## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on April 1, 2008, I caused a true copy of the *Notice of Appearance* to be served upon the following party by first-class mail:

Noman E. Siegal
Stueve Siegel Hanson LLP
460 Nichols Road
Suite 200
Kansas City, MO 64112

Dated:  New York, New York
        April 1, 2008

_____
Steven R. Katzenstein