```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

FREDERICK BURTON,      :      08 CV 3037 (LAP)
:
           Plaintiff,      :      **MEMORANDUM**
:
v.      :
:
MERRILL LYNCH & CO, INC. and MERRILL   :
LYNCH, PIERCE, FENNER & SMITH      :
INCORPORATED,      :
:
           Defendants.      :
:
-----------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

    The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents Merrill Lynch and/or its affiliates, and he works on those matters.

So Ordered:

Dated: New York, New York
       April 1, 2008

                                                  */s/ Loretta A. Preska*
                                                  LORETTA A. PRESKA, U.S.D.J.

CGRML