```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FREDERICK BURTON, Individually and                          :    08 CV 3037 (LAP)
And on Behalf of All Others Similarly                       :
Situtated,                                                  :    **CORRECTED**
                                                            :    **MEMORANDUM**
                                                            :
                           Plaintiff,                       :
                                                            :
    v.                                                      :
                                                            :
MERRILL LYNCH & CO. INC. and MERRILL                        :
LYNCH, PIERCE, FENNER & SMITH                               :
INC.,                                                       :
                                                            :
                           Defendants.                      :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

LORETTA A. PRESKA, United States District Judge:

The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents Merrill Lynch and/or its affiliates, and he does not work on those matters.

SO ORDERED:

Dated: New York, New York
       April 21, 2008

_____
LORETTA A. PRESKA, U.S.D.J.

CGRML