UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

FREDERICK BURTON, Individually and : 08 CV 3037 (LAP)
And on Behalf of All Others Similarly :
Situated, : **ORDER**
:
Plaintiff, :
:
v. :
:
MERRILL LYNCH & CO. INC. and MERRILL :
LYNCH, PIERCE, FENNER & SMITH :
INC., :
:
Defendants. :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

LORETTA A. PRESKA, United States District Judge:

Having reviewed Mr. Girard's letter of April 16, Mr. Kasner's letter of April 17

and Mr. Korsinsky's letter of April 17, counsel's attention is directed to the Corrected

Memorandum in Burton dated April 21, 2008. To the extent that any party wishes to

move to recuse the Court, that party shall do so promptly.

SO ORDERED:

Dated: New York, New York
       April 21, 2008

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

BURTONORDER421