# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
(212) 735-2628
DIRECT FAX
(917) 777-2628
EMAIL ADDRESS
JKASNER@SKADDEN.COM

April 17, 2008

BY FACSIMILE
Hon. Loretta A. Preska
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

Re: *Burton v. Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Inc.*, 08 CV 3037 (LAP)

Dear Judge Preska:

We represent Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated (together "Merrill Lynch") in the above-referenced action. We write in response to Mr. Girard's letter of yesterday requesting a conference in connection with the Court's April 2 memorandum and advising that Mr. Burton does not "waive recusal under Section 455(a)."

Merrill Lynch respectfully submits that recusal under 28 U.S.C. § 455(a) is unwarranted. *See In re Digital Music Antitrust Litig.*, No. 06 MDL 1780 (LAP), 2007 U.S. Dist. LEXIS 13567 at *40-42 (S.D.N.Y. Feb. 27, 2007). We are available to address this issue in detail should the Court desire to schedule a conference.

Respectfully submitted,

Jay B. Kasner

Hon. Loretta A. Preska
April 17, 2008
Page 2

cc: Daniel C. Girard, Esq.
Stephen Weiss, Esq.
Norman Siegel, Esq.
Eduard Korsinsky, Esq.
Stephen B. Saxl, Esq
(Via Facsimile)