PRESKA, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08
```

Jay B. Kasner
Scott D. Musoff
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendant Merrill Lynch & Co., Inc. and
Merrill Lynch, Pierce, Fenner & Smith Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
Frederick Burton, Individually And On Behalf of All  :
Others Similarly Situated,                            08 CV 03037 (LAP)
                                                     :
              Plaintiff,
                                                     :  STIPULATION AND ORDER
         v.
                                                     :
Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce,
Fenner & Smith, Inc.,                                :

              Defendants.                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties hereto that defendants' time to answer, move or otherwise respond to the complaint is extended to 60 days after the service of a consolidated amended complaint.

This is the first request for an extension of time by the parties.

Dated: New York, New York
April 24, 2008

_____
Christopher A. Seeger
Stephen A. Weiss
David R. Buchanan
SEEGER WEISS LLP
One William Street, 10th Floor
New York, New York 10004
(212) 584-0700

Attorneys for Plaintiff

_____
Jay B. Kasner
Scott D. Musoff
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated

SO ORDERED: To the extent that defendants deem the amended consolidated complaint to be deficient, they shall so notify plaintiff, describing the perceived deficiencies. Plaintiff shall within a week thereof inform defendants whether he wishes to stand on the amended consolidated complaint or amend one final time. If plaintiff decides to stand on the amended consolidated complaint no further amendments shall be permitted.

_____
Loretta A. Preska
U.S.D.J.

DATED: April 25, 2008

2