Christopher A. Seeger, Esq.
Stephen A. Weiss, Esq.
SEEGER WEISS LLP
One William Street
New York, NY 10004
Tel. (212) 584-0700
Fax. (212) 584-099

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Frederick Burton, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Inc., <br><br> Defendants. | Civil Action No.: 08-cv-3037(LAP)(DFE) <br><br> **PLAINTIFF'S MOTION TO ADMIT COUNSEL *PRO HAC VICE*** <br><br> ELECTRONICALY FILED CASE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United Stated District Courts for the Southern and Eastern Districts of New York, I, Stephen A. Weiss, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> NORMAN E. SIEGEL
> Stueve Siegel Hanson LLP
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
> Tel: (816) 714-7170
> Fax: (816) 714-7101

NORMAN E. SIEGEL is a member in good standing of the United States District Court for the District of Kansas and the Western District of Missouri. There are no pending disciplinary proceedings against Mr. SIEGEL in any State or Federal Court. Attached hereto as Exhibit A are original certificates of good standing from the U.S. District Court of Kansas and the Western District of Missouri.

Dated: April 29, 2008
New York, New York

Respectfully submitted,

/s/ Stephen A. Weiss
Stephen A. Weiss (SW-3520)
Christopher A. Seeger (CS-4880)
SEEGER WEISS LLP
One William Street
New York, NY 10004
(212) 584-0700 telephone
(212) 584-0799 facsimile
sweiss@seegerweiss.com
cseeger@seegerweiss.com

Christopher A. Seeger, Esq.
Stephen A. Weiss, Esq.
SEEGER WEISS LLP
One William Street
New York, NY 10004
Tel. (212) 584-0700
Fax. (212) 584-099

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Frederick Burton, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Inc., <br><br> Defendants. | Civil Action No.: 08-cv-3037(LAP)(DFE) <br><br> **AFFIDAVIT OF STEPHEN A. WEISS IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** <br><br> ELECTRONICALY FILED CASE |

State of New York  )
                   )  ss:
County of New York )

Stephen A. Weiss, being duly sworn, hereby deposes and says as follows:

1. I am a partner at the law firm of Seeger Weiss LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Norman E. Siegel, of the firm Stueve Siegel Hanson LLP, as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in June 1992. I am also admitted to the bar of the United States District Court for the Southern and Eastern District of New York, and am in good standing thereof.

3. Although I have known Norma Siegel for a short time, I have known of his firm, Stueve Siegel Hanson LLP, for a considerably long period of time and can attest to Mr. Siegel's fine qualities as a skilled attorney and person of integrity. He is experienced in Federal practice and familiar with the Federal Rules of Civil Procedure.

4. Accordingly, I am pleased to move the admission of Norman E. Siegel, *pro hac vice*. A proposed order is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Norman E. Siegel, to represent Plaintiff in the above captioned matter, be granted.

Dated: April 29, 2008
New York, New York

Respectfully submitted,

Stephen A. Weiss (SW-3520)
Christopher A. Seeger (CS4880)
SEEGER WEISS LLP
One William Street
New York, NY 10004
(212) 584-0700 telephone
(212) 584-0799 facsimile
cseeger@seegerweiss.com

Sworn before me this __29th__ day of April 2008

NOTARY PUBLIC

Jose D. Mora
Notary Public State of New York
No. 00-0003203 Qualified in Bronx County
Certificate Filed in New York County
Commission Expires August 6, 2008

2

# EXHIBIT A

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

|                               | DISTRICT OF |   KANSAS   |
|---|---|---|

**CERTIFICATE OF
GOOD STANDING**

I,     TIMOTHY M. O'BRIEN     , *Clerk of this Court,*

*certify that*     Norman E. Siegel    , *Bar #*     70354     ,

*was duly admitted to practice in this Court on*

July 31, 1998     , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at     Kansas City, Kansas     on    April 21, 2008    .
             LOCATION                                DATE


TIMOTHY M. O'BRIEN
CLERK

*Skyler B. O'Hara*
DEPUTY CLERK

## CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | )   SS. |
| **WESTERN DISTRICT OF MISSOURI** | ) |

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Norman Siegel was duly admitted to practice in said Court on October 8th, 1993.

Norman Siegel is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on April 22, 2008

_____
Patricia L. Brune, Clerk

By _Joella Baldwin_____
Joella Baldwin, Deputy Clerk

:goodst.att

# EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Frederick Burton, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Inc., <br><br> Defendants. | Civil Action No.: 08-cv-3037(LAP)(DFE) <br><br> **ORDER FOR ADMISSION** <br> *PRO HAC VICE* <br> **ON WRITTEN MOTION** <br><br> ELECTRONICALY FILED CASE |

Upon the motion of Stephen A. Weiss, attorney for Frederick Burton, and said sponsor attorney's affidavit in support;

  **IT IS HEREBY ORDERED** that

        NORMAN E. SIEGEL
        Stueve Siegel Hanson
        460 Nichols Road Suite, 200
        Kansas City, Missouri
        Email: siegel@stuevessiegel.com

is admitted to practice *pro hac vice* as counsel for Frederick in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

2

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: April _____, 2008

New York, New York

By: _____<br>
United States District Court Judge

## **CEERTIFICATE OF SERVICE**

J. Daniel Mora, hereby certifies that:

I am over the age of eighteen years and not a party to the within action and am employed by the firm Seeger Weiss LLP, counsel for the plaintiff.

On April 29, 2008 I cause a true and correct copy of the foregoing **PLAINTIFF'S MOTION TO ADMIT COUNSEL *PRO HAC VICE***, to be served via U.S. Mail, with proper postage prepaid on all counsel of record at the following addresses:

> Jay B. Kasner, Esq.
> Scoot D. Musoff, Esq.
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square(NYC)
> New York, NY 10036
> Tel. 212 735 3000
> Fax. 212 735 2000
> jkasner@skadden.com
> smosoff@skadden.com
>
> ***Counsel for Defendants***

Dated: April 29, 2008

_____
J. Daniel Mora