SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Frederick Burton, et al.              Plaintiff,

                                                          8   cv   03037   ( lap )

- against -

Merrill Lynch & Co., Inc., et al.     Defendant.          ORDER FOR ADMISSION
                                                             PRO HAC VICE
                                                          ON WRITTEN MOTION

Upon the motion of  Jonathan K. Levine    attorney for  Plaintiff, Frederick Burton

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

   Applicant's Name:   A. J. De Bartolomeo
   Firm Name:          Girard Gibbs LLP
   Address:            601 California Street, Suite 1400
   City/State/Zip:     San Francisco, CA  94108
   Telephone/Fax:      (415) 981-4800
   Email Address:      ajd@girardgibbs.com

is admitted to practice pro hac vice as counsel for  Plaintiff, Frederick Burton  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  June 9, 2008
City, State:  New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____   SDNY RECEIPT# _____
SDNY Form Web 10/2006