UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE MERRILL LYNCH AUCTION RATE         :    Master File
SECURITIES LITIGATION                                        09 MD 2030 (LAP)
--------------------------------------------------------- :

THIS DOCUMENT RELATES TO ALL           :    ORDER
ACTIONS
                                                                  :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/09

LORETTA A. PRESKA, Chief United States District Judge:

      Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, "[e]very member in good standing of the Bar of any district court of the United States is entitled without condition to practice before the Judicial Panel on Multidistrict Litigation. Any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred. Parties to any action transferred under Section 1407 are not required to obtain local counsel in the district to which such action is transferred."

      Attorneys who wish to be admitted pro hac vice in this matter are directed to file a certificate of good standing with the Clerk of the Court. Assuming prior or contemporaneous filing of a notice of appearance, the date of filing of this certificate of good standing will be the appropriate date to be used in assigning an ECF password to the filer.

SO ORDERED:

Dated: August 20, 2009

                                           _____
                                           LORETTA A. PRESKA, Chief U.S.D.J.

09md2030order