UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re Merrill Lynch Auction Rate
Securities Litigation

This Document Relates To:
    No. 08 Civ. 3037 (LAP)
-----------------------------------------------------------X

09 MD 2030 (LAP)

**JUDGMENT**

    Defendants having moved to dismiss plaintiffs' complaint for failure to state a claim, and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on March 31, 2010, having rendered its Opinion and Order granting defendants' motion to dismiss the complaint with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2010, defendants' motion to dismiss the complaint is granted with prejudice; accordingly, the case is closed and all pending motions denied as moot.

**Dated:** New York, New York
       March 31, 2010

**J. MICHAEL McMAHON**
**Clerk of Court**

BY: _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____